UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GEORGE WYATT, *et al.*,

                        Plaintiffs,

     v.

D. TRUMP, *et al.*,

                       Defendants.

Case No. 3:18-cv-00398-MMD-CLB

ORDER

Plaintiff George Wyatt filed a motion for reconsideration (ECF No. 19) of the Court's July 13, 2020 Order (ECF No. 17 ("Order")). Plaintiff's reconsideration motion is largely incomprehensible and does not put forth any reason as to why the Court should reconsider its Order. Instead, Plaintiff appears to seek—for a third time—a money lien against Defendants. But the Court has already addressed this issue, and found it moot. (ECF No. 15.) Therefore, Plaintiff's motion for reconsideration is denied.

Additionally, Plaintiff also filed a third (ECF No. 18) and a fourth (ECF No. 20) motion for leave to proceed *in forma pauperis*. As with previous *in forma pauperis* motions after the closure of this case, the Court denies both of Plaintiff's motions as moot. The Court directs—for a third time—that Plaintiff should "refrain from making any further filings in this case." (ECF Nos. 15, 17.) Should Plaintiff fail to heed this warning and file additional motions in this closed case, the Court will order Plaintiff to show cause why he should not be sanctioned.

It is therefore ordered that Plaintiff's motion for reconsideration (ECF No. 19) is denied.

///

///

///

It is further ordered that Plaintiff's third (ECF No. 18) and fourth (ECF No. 20) motions for leave to proceed *in forma pauperis* are denied as moot.

DATED THIS 10th Day of September 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE